UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 18-17479 |
| Angela Conner ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Jack Schmetterer | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER MODIFYING PLAN

This matter, coming to be heard on the Debtor's motion, this court having jurisdiction and due notice being given all parties entitled thereto, this Court orders:

1. The Debtor's plan is modified to provide that the standing Trustee shall make fixed monthly payments to the Cook County Clerk, in the amount of $150 per month, for property taxes on the Debtor's property at 10018 S. Eberhart, Chicago, IL 60628 (PIN 25-10-402-027-0000), without interest, for total payments of $1,736.28.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  August 26, 2020

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Lakelaw
53 W. Jackson, Suite 1115
Chicago, IL 60604